**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL District of CALIFORNIA (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Reloaded Games, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   90-0780111

4. **Debtor's address**

   **Principal place of business**

   5904 Warner Avenue, SUite A#140
   Number    Street

   HUNTINGTON BEACH, CA 92649
   City    State    ZIP Code

   ORANGE
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)

   http://www.k2network.net

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  _Reloaded Games, Inc._  
      Name

Case number (if known)_____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___  ___  ___  ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
☑ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Reloaded Games, Inc.                                                          Case number (if known) _____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.  District _____  When _____  Case number _____
                                                     MM / DD / YYYY

         District _____  When _____  Case number _____
                                                     MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes.  Debtor _____  Relationship _____
           District _____  When _____
                                                    MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                   Number  Street

    _____
    City                                                                                   State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

Debtor  Reloaded Games, Inc.
Name

Case number (if known) _____

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 19 / 2023
             MM / DD / YYYY

X  /s/ Bjorn Book-Larsson                              Bjorn Book-Larsson
   Signature of authorized representative of debtor    Printed name

   Title  CEO

Debtor _____    Case number (if known)_____
　　　　　Name

18. **Signature of attorney**    ✗ ___/s/ James Andrew Hnids, Jr.___    Date  __06/₁₉_/2023__
　　　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　　　　　MM　/ DD / YYYY

　　　　　　　　　　__JAMES ANDREW HINDS, JR._____
　　　　　　　　　　Printed name
　　　　　　　　　　__THE HINDS LAW GROUP, APC_____
　　　　　　　　　　Firm name
　　　　　　　　　　__2390 Crenshaw Blvd., Ste. 240_____
　　　　　　　　　　Number　　　Street
　　　　　　　　　　__Torrance,_____  __CA__  __90501__
　　　　　　　　　　City　　　　　　　　　　　　　State　　ZIP Code

　　　　　　　　　　__(310) 617-1877_____  __jhinds@hindslawgroup.com__
　　　　　　　　　　Contact phone　　　　　　　　　Email address

　　　　　　　　　　__71222_____  __CA__
　　　　　　　　　　Bar number　　　　　　　　　　State

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 5

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Newport Beach , California

Date: 06/19/2023

Bjorn Book-Larsson, CEO
Signature of Debtor 1

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

ACTION BY UNANIMOUS CONSENT IN WRITING
OF THE BOARD OF DIRECTORS
OF
RELOADED GAMES, INC.
a California corporation

The undersigned, being all of the members of the Board of Directors (the "**Board**") of Reloaded Games, Inc., a California corporation (the "**Company**"), acting pursuant to and in accordance with Section 307(b) of the California Corporations Code (the "**Corporations Code**") and the Bylaws of the Company, do hereby adopt the following resolutions, to be effective as of June 9, 2023:

## APPROVAL OF CHAPTER 11 (SUBCHAPTER V) BANKRUPTCY

**WHEREAS**, the Company entered into that certain Plain English Master Lease Agreement dated November 3, 2010 (as amended, modified and supplemented from time to time, "**TPC Lease Agreement**"), with TriplePoint Capital LLC ("**TriplePoint**"), pursuant to which the Company has current obligations owing to TriplePoint in the approximate amount of $620,864.67.

**WHEREAS**, the Company (and certain of its affiliated entities) entered into that certain Amended and Restated Loan and Security Agreement dated December 21, 2018 (as amended, modified and supplemented from time to time, "**Structural Loan Agreement**") with Structural Capital Investments I, LP ("**Structural**"), pursuant to which the Company has current obligations owing to Structural in the approximate amount of $452,358.32, where such amount was due and payable on June 1, 2023 ("**Maturity Date**").

**WHEREAS**, the Board considered and pursued various options to raise funds for the purposes of satisfying the obligations under the TPC Lease Agreement and the Structural Loan Agreement, including without limitation, financing from existing shareholders.

**WHEREAS**, The Hinds Law Group, APC, bankruptcy counsel for the Company, under a letter dated May 29, 2023 delivered to TriplePoint and Structural ("**Settlement Proposal Letter**"), the Company proposed, in advance of the Maturity Date, in full satisfaction of the TPC Lease Agreement and the Structural Loan Agreement, a transaction involving a combination of a cash payment and issuance of Company equity to each of TriplePoint and Structural

**WHEREAS**, as of June 1, 2023 and without responding to the Settlement Proposal Letter, Structural exercised certain secured creditor rights and remedies under the Structural Loan Agreement.

**WHEREAS**, the Board has determined, that in order to provide a forum for the efficient reorganization and/or liquidation of the Company's assets in a manner that maximizes value for its creditors and protects the interests of the Company's unsecured creditors and constituent stakeholders, it is in the best interest of the Company, its creditors, stockholders, employees and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "**Bankruptcy Code**") and that it would be advisable to seek to confirm a chapter 11 plan of reorganization under Subchapter V of the Bankruptcy Code.

**NOW, THEREFORE, BE IT**

**RESOLVED,** that the Company, after taking into account both the risks and the potential rewards of various transactions, and to preserve and increase value of the Company as a whole, for the benefit of all constituent groups, be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 (Subchapter V) of the Bankruptcy Code in the Central District of California;

1

**RESOLVED FURTHER**, that the Company is empowered to retain professionals to assist the Company in its chapter 11 (Subchapter V) case, including without limitation, The Hinds Law Group, APC, bankruptcy counsel for the Company and suitable other professionals as the Company deems advisable.

**RESOLVED FURTHER**, that Bjorn Book-Larsson is hereby authorized to function as the authorized representative of the Company to, among other things:

a. Execute and verify or certify on behalf of the Company a petition under chapter 11 and to cause the same to be filed in an appropriate United States Bankruptcy Court at such time as the authorized officer executing the petition shall determine is appropriate;

b. Serve as the responsible officer in the chapter 11 case for the Company;

c. Execute and file all petitions, schedules, lists, statements and other papers and to take any and all actions that any of the authorized officers deem necessary, proper or desirable in connection with the chapter 11 case for the Company with a view toward the successful completion of the case or cases or to employ and designate appropriate officers to undertake such actions on behalf of the Company; and

d. Take all actions, including, without limitation, the retention of counsel, financial advisors, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor or debtor in possession under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in their judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions.

## **OMNIBUS RESOLUTIONS**

**RESOLVED**, that the officers of the Company, each with the full power to act alone, be, and each hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to carry out and fully perform the terms and provisions of the foregoing resolutions, and to execute, deliver and, where called for, affix the seal of the Company to any required consents, agreements, certificates, instruments and other documents, to make all such payments, and to do and perform all such other acts and things as such individual may deem necessary, appropriate or convenient, as conclusively evidenced by such action by such individual in order to carry into effect the foregoing resolutions and each document as delivered pursuant thereto, all such action heretofore taken and disclosed to the Board being hereby ratified, confirmed and approved as the acts and deeds of the Company.

**RESOLVED FURTHER**, that the officers of the Company, and each of them, be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to execute and deliver any and all such other agreements, instruments and documents and to take any and all such other actions as the officer so doing considers, with the advice of counsel, necessary or appropriate to carry out the intent of the foregoing resolutions.

**RESOLVED FURTHER**, that any action taken by any officer of the Company pursuant to the authority conferred by the Board under any of the foregoing resolutions (including, without limitation, the execution and delivery of any agreement or instrument in the name and on behalf of the Company) shall conclusively evidence the due authorization thereof by the Company.

This written consent instrument (a) may be executed in any number of counterparts (and by facsimile signature), each of which shall be deemed an original but all of which shall constitute one and the same instrument, and (b) will be placed in the Company's minute book with all other minutes or proceedings of the Board.

Executed as of the date first set forth above.

_____
Bjorn Book-Larsson

_____
Howard Brand

_____
David O. Higley

**SIGNATURE PAGE – UNANIMOUS WRITTEN CONSENT – RELOADED GAMES, INC.**